1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendant
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  ATA UR RAHMAN SAFI,                  CASE NO. 2:24-CV-00814 AC

12                 Plaintiff,             STIPULATION AND [PROPOSED] ORDER FOR
                                          REMAND PURSUANT TO 8 U.S.C. § 1447(b)
13         v.

14  USCIS, ET AL.,

15                 Defendant.

16

17

18      This is an immigration case in which Plaintiff alleges that Defendants have failed to make a

19  determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. §

20  1447(b). The parties stipulate to a remand to U.S. Citizenship and Immigration Services with

21  instructions to adjudicate the matter within 120 days of the order of remand.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Respectfully submitted,

Dated: June 6, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ PAMELA PRESCOTT
PAMELA PRESCOTT
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

Pursuant to 8 U.S.C. § 1447(b), U.S. Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 120 days.

DATED: June 7, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE